JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RAFAEL HUNTER,<br>　　　　Petitioner,<br>　　v.<br>WARREN L. MONTGOMERY,<br>　　　　Respondent. | Case No. 5:16-cv-00975-JGB (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated:　June 20, 2023

　　　　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE